UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR MANUEL PEREZ PEREZ,

                Plaintiff,

         -against-

RONNIE ABRAMS,

                Defendant.

25-CV-4065 (LTS)

ORDER DENYING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has not alleged any facts showing that he does not have sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Rather, Plaintiff states only that he has "limited financial resources."[1] (ECF 3.) Accordingly, because Plaintiff does not show that he cannot pay the fees, he is directed to pay $405.00 in fees – a $350.00 filing fee and a $55.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated:    June 9, 2025
            New York, New York

                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge

---

[1] In a pending action, assigned to Judge Ronnie Abrams of this court, Plaintiff paid the $405 in fees on May 2, 2025. *See Perez Perez v. New York State Department of Transportation*, No. 25-CV-3178 (RA). Plaintiff now brings this new action against Judge Abrams. He does not explain in his motion to proceed *in forma pauperis*, however, why he cannot afford to pay the fees in this new action.