**COCOUNSELFiles:**

- [Perez Perez v Abrams (3) (1)11 records.pdf](#)
- [Perez Perez v Abrams (3).pdf](#)

**Result:**

UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

**Victor Manuel Perez Perez,**
Plaintiff,

**Ronnie Abrams,**
Defendant.

Case No. 1:25-CV-04065

## NOTICE OF MOTION OPPOSING ORDER DENYING IN FORMA PAUPERIS STATUS

**TO:** The Clerk of the Court and all parties of record

**PLEASE TAKE NOTICE** that Plaintiff Victor Manuel Perez Perez, proceeding pro se, hereby moves this Court for an order opposing the denial of his application to proceed in forma pauperis (IFP) in the above-captioned matter. This motion is based on the following grounds:

1. **Financial Inability to Pay Fees:** Mr. Perez Perez is financially unable to pay the required filing fees. The denial of his IFP application was based on the assertion that he did not provide sufficient evidence of his inability to pay.

1

      However, Mr. Perez Perez has limited financial resources and no means to pay the fees as required by the Court's order dated June 9, 2025. [1] [2]

2. **Legal Standard for IFP Status:** Under 28 U.S.C. § 1915(a)(1), a court may authorize the commencement of a civil action without prepayment of fees by a person who submits an affidavit that includes a statement of all assets such person possesses and that the person is unable to pay such fees. Mr. Perez Perez has complied with this requirement by stating his limited financial resources. [3] [4]

3. **Potential Dismissal of Action:** The order denying IFP status directs Mr. Perez Perez to pay $405.00 in fees by July 9, 2025, failing which the action

---

[1] because Plaintiff has not alleged any facts showing that he does not have sufficient assets to pay the fees. See 28 U.S.C. § 1915(a)(1). Rather, Plaintiff states only that he has "limited financial resources." (ECF 3.), pg. 2, **Perez Perez v Abrams (3) (1)11 records.pdf**
Accordingly, because Plaintiff does not show that he cannot pay the fees, he is directed to pay $405.00 in fees a $350.00 filing fee and a $55.00 administrative fee within 30, pg. 2, **Perez Perez v Abrams (3) (1)11 records.pdf**
days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed. SO ORDERED. Filing Fee due by 7/9/2025. (Signed by Judge Laura Taylor Swain on 6/9/2025) (ks) (Entered: 06/10/2025) REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Victor Manuel, pg. 2, **Perez Perez v Abrams (3) (1)11 records.pdf**

[2] because Plaintiff has not alleged any facts showing that he does not have sufficient assets to pay the fees. See 28 U.S.C. § 1915(a)(1). Rather, Plaintiff states only that he has "limited financial resources." (ECF 3.), pg. 2, **Perez Perez v Abrams (3).pdf**
Accordingly, because Plaintiff does not show that he cannot pay the fees, he is directed to pay $405.00 in fees a $350.00 filing fee and a $55.00 administrative fee within 30, pg. 2, **Perez Perez v Abrams (3).pdf**
days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed. SO ORDERED. Filing Fee due by 7/9/2025. (Signed by Judge Laura Taylor Swain on 6/9/2025) (ks) (Entered: 06/10/2025) REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Victor Manuel, pg. 2, **Perez Perez v Abrams (3).pdf**

[3] because Plaintiff has not alleged any facts showing that he does not have sufficient assets to pay the fees. See 28 U.S.C. § 1915(a)(1). Rather, Plaintiff states only that he has "limited financial resources." (ECF 3.), pg. 2, **Perez Perez v Abrams (3) (1)11 records.pdf**

[4] because Plaintiff has not alleged any facts showing that he does not have sufficient assets to pay the fees. See 28 U.S.C. § 1915(a)(1). Rather, Plaintiff states only that he has "limited financial resources." (ECF 3.), pg. 2, **Perez Perez v Abrams (3).pdf**

will be dismissed. [5] [6] This places an undue burden on Mr. Perez Perez, who is unable to comply due to his financial situation.

**WHEREFORE,** Plaintiff Victor Manuel Perez Perez respectfully requests that the Court reconsider its order denying his application to proceed in forma pauperis and grant him the ability to proceed without prepayment of fees.

**Dated:** July 11, 2025

**Respectfully submitted,**

**ss//victorperez**

Victor Manuel Perez Perez
1312 Morrison Ave, 2R
Bronx, NY 10472
Pro Se Plaintiff

---

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2025, a true and correct copy of the foregoing Notice of Motion was served upon all parties of record via the Court's electronic filing system.

Victor Manuel Perez Perez
Pro Se Plaintiff

The motion is denied for the reasons stated in the Court's order of June 9, 2025.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

July 16, 2025

---

[5] Accordingly, because Plaintiff does not show that he cannot pay the fees, he is directed to pay $405.00 in fees a $350.00 filing fee and a $55.00 administrative fee within 30, pg. 2, **Perez Perez v Abrams (3) (1)11 records.pdf**
days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed. SO ORDERED. Filing Fee due by 7/9/2025. (Signed by Judge Laura Taylor Swain on 6/9/2025) (ks) (Entered: 06/10/2025) REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Victor Manuel, pg. 2, **Perez Perez v Abrams (3) (1)11 records.pdf**

[6] Accordingly, because Plaintiff does not show that he cannot pay the fees, he is directed to pay $405.00 in fees a $350.00 filing fee and a $55.00 administrative fee within 30, pg. 2, **Perez Perez v Abrams (3).pdf**
days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed. SO ORDERED. Filing Fee due by 7/9/2025. (Signed by Judge Laura Taylor Swain on 6/9/2025) (ks) (Entered: 06/10/2025) REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Victor Manuel, pg. 2, **Perez Perez v Abrams (3).pdf**

3